ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UBS AG, LONDON BRANCH,**

    Plaintiff,

- against -

**GREKA INTEGRATED, INC.,**

    Defendant.

19 Civ. 10786 (LLS)

**ORDER**

Defendant having on February 7, 2020 filed its First Amended Counterclaims, superseding its earlier counterclaims which plaintiff moved to dismiss (Dkt. Nos. 22, 23), without objection defendant's earlier counterclaims and plaintiff's dismissal motion are both dismissed as moot, without prejudice.

So ordered.

Dated:   New York, New York
        February 24, 2020

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.