UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UBS AG, LONDON BRANCH,

        Plaintiff,

-against-

GREKA INTEGRATED, INC.,

        Defendant.
------------------------------------------------------X

ORDER

19-CV-10786 (LLS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    This case has been referred to the undersigned to determine the amount of interest, fees and costs that should be awarded to the plaintiff, UBS AG, London Branch, against defendant Greka Integrated, Inc. Accordingly, IT IS HEREBY ORDERED that: (1) on or before July 10, 2020, the plaintiff shall file evidence to enable the Court to calculate the amount of interest, fees and costs due to it; (2) on or before July 31, 2020, the defendant shall submit any evidence challenging the plaintiff's submission(s); and (3) on or before August 14, 2020, the plaintiff may file any reply.

Dated: New York, New York
        June 15, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE