UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UBS AG, LONDON BRANCH,                    :

                          Plaintiff,        :

            -against-                          :                **ORDER**

GREKA INTEGRATED, INC.,                    :                19-CV-10786 (LLS) (KNF)

                   Defendant.     :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       By an order dated April 1, 2021, the parties were directed to proceed before the

undersigned "for a final calculation of the amounts owed for interest, Administrative Agent Fees

and Deferred Closing Fees, Performance Payments, Advisory and Collateral Management fees,

and Legal fees and costs." Docket Entry No. 73.  On or before April 12, 2021, the plaintiff shall

file its submissions as directed by Docket Entry No. 73.  On or before April 19, 2021, the

defendant shall file its opposition to the plaintiff's submissions.  On or before April 26, 2021,

any reply may be filed.

Dated:  New York, New York               SO ORDERED:
        April 2, 2021

                                          _Kevin Nathaniel Fox_
                                      KEVIN NATHANIEL FOX
                                      UNITED STATES MAGISTRATE JUDGE