# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UBS AG, LONDON BRANCH,

                      Plaintiffs,                19 **CIVIL** 10786 (LLS)

                    -against-                **RULE 54(b) JUDGMENT**

GREKA INTEGRATED , INC.,

                    Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 4, 2021, there is no just reason to delay, pursuant to Fed. R. Civ. P. 54(b), final judgment is entered with respect to defendant Greka Integrated, Inc. ("GIT") in the amount of $100 million of unpaid principal, plus interest, fees, and costs.

**Dated:** New York, New York
         May 5, 2021

                                                  **RUBY J. KRAJICK**
                                                     Clerk of Court
                               BY:
                                                      Deputy Clerk