ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBS AG, LONDON BRANCH,

    Plaintiff,

v.

GREKA INTEGRATED, INC.,
    Defendant.

19 **CIVIL** 10786 (LLS) (KNF)

**SUPPLEMENTAL JUDGMENT**

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 20, 2021 (ECF Doc. No. 89), a supplemental judgment is entered in plaintiff UBS AG, London Branch's favor against defendant Greka Integrated, Inc. in the amount of: (1) interest of $11,427,656.27 on First Lien Credit Agreement principal; (2) interest of $19,446,933.45 on Second Lien Credit Agreement; (3) $394,071.81 in Administrative Agent Fees; (4) $1,817,488.34 in Deferred Closing Fees; (5) $1,742,987.12 in Performance Payments; and (6) $2,138,513.11 in Advisory and Collateral Management Fees, for a total sum of $36,967,650.10, collectible upon entry.

Dated: New York, New York
   December 14, 2021

                  *Louis L. Stanton*
                  **Judge Louis L. Stanton**