**MEMO ENDORSED**

Kuan Huang
Direct Dial: +1.212.906.1254
kuan.huang@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/22

September 16, 2022

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *UBS AG, London Branch v. Greka Integrated, Inc.*,
No. 19-10786-LLS-KNF (S.D.N.Y.)

Dear Judge Stanton:

UBS writes with four brief points in reply to GIN's so-called Letter Response in Opposition to the Motion (ECF 106). <u>First</u>, our Managing Attorney's Office started the filing process for the Local Rule 37.2 pre-motion discovery conference before GIN sent its purported document production. My partner Joe Serino and I filed notices of appearance on September 15 at 5:25 p.m. and 5:23 p.m., respectively. GIN's document production was not sent until 6:03 p.m.

<u>Second</u>, GIN's counsel concedes that GIN still has not provided any responses to the Information Subpoena, and GIN offers yet another excuse for not doing so. Also, we have not had time to check the quality of GIN's document production.

<u>Third</u>, as is made clear in our September 15 letter to Your Honor (ECF 105), UBS has had multiple meet and confers with GIN. UBS also repeatedly advised GIN that judicial intervention would be sought absent timely and appropriate discovery responses.

<u>Fourth</u>, GIN's request to deny UBS's motion to compel is premature. At this point, UBS seeks only a conference to discuss whether such a motion is appropriate and necessary. UBS would be happy to withdraw that request without prejudice if GIN's document production is deemed sufficient and if GIN provides appropriate responses to the Information Subpoena.

Respectfully submitted,

/s/ Kuan Huang
Kuan Huang

So Ordered
Louis L. Stanton
9/29/22

cc: All Counsel of Record (via ECF); GIN's counsel (via e-mail)